# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO DELOZA, | Case No. CV 18-09266-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case is REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.

DATED: November 12, 2019

                                             */s/ John E. McDermott*
                                             JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE